NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Warren Stroble,<br>　　　　Petitioner,<br>v.<br>David Shinn, et al.,<br>　　　　Respondents. | No. CV-20-00687-PHX-SRB(MHB)<br>**ORDER** |

Petitioner filed his Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on May 4, 2020 (Doc. 6) raising four grounds for relief: 1) his Fifth and Fourteenth Amendments were violated because he was arrested without probable cause; 2) his Fifth, Sixth and Fourteenth Amendments were violated because the State failed to obtain sufficient evidence to charge Petitioner and there was insufficient evidence to convict Petitioner; 3) ineffective assistance of trial counsel in violation of his Fifth and Sixth Amendments; and 4) his Fifth, Sixth, Eight and Fourteenth Amendments were violated because he was held in custody without charges. Respondents filed their Response to Petitioner's Amended Petition for Writ of Habeas Corpus on August 26, 2020. Petitioner filed a Reply on October 8, 2020.  On March 29, 2021, the Magistrate Judge issued her Report and Recommendation recommending that the petition be denied and dismissed with prejudice.

In her Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation

within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

**IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus and dismissing it with prejudice.

**IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal because Petitioner has not made a substantial showing of the denial of a constitutional right and because the dismissal of the Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 22nd day of April, 2021.

_____
Susan R. Bolton
United States District Judge